UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | No. 3:24-CR-129-TAV-DCP |
| DEONTE A. RILEY, | ) |  |
| Defendant. | ) |  |

## ORDER

Now before the Court is a letter from the wife of Defendant Deonte A. Riley [Doc. 41]. Upon review of the letter, the Court finds that it should be withdrawn from the record. *See* Fed. R. Crim. P. 49(c) ("A nonparty may serve and file a paper only if doing so is required or permitted by the law."). The Clerk's Office is **DIRECTED** to withdraw the letter [Doc. 41] from the record and send back to Defendant's wife, with the exception of the unredacted Indictment included in the letter.

**IT IS SO ORDERED.**

ENTER:

Debra C. Poplin
United States Magistrate Judge